| | |
|---|---|
| **ZAKAY LAW GROUP, APLC**<br>Shani O. Zakay (State Bar #277924)<br>Jackland K. Hom (State Bar #327243)<br>Julieann Alvarado (State Bar #334727)<br>5440 Morehouse Drive, Suite 3600<br>San Diego, CA 92121<br>Telephone: (619) 255-9047<br>Facsimile: (858) 404-9203<br>shani@zakaylaw.com<br>jackland@zakaylaw.com<br>julieann@zakaylaw.com<br><br>**JCL LAW FIRM, APC**<br>Jean-Claude Lapuyade (State Bar #248676)<br>5440 Morehouse Drive, Suite 3600<br>San Diego, CA 92121<br>Telephone: (619) 599-8292<br>Facsimile: (619) 599-8291<br>jlapuyade@jcl-lawfirm.com<br><br>Attorneys for PLAINTIFF | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>Michael J. Nader (State Bar #200425)<br>michael.nader@ogletree.com<br>Paul M. Smith (State Bar #306644)<br>paul.smith@ogletree.com<br>400 Capitol Mall, Suite 2800<br>Sacramento, CA 95814<br>Telephone: 916-840-3150<br>Facsimile: 916-840-3159<br><br>Attorneys for DEFENDANT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NAUMANN, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>CENTRAL ADMIXTURE PHARMACY SERVICES, INC., a Delaware corporation; B. BRAUN MEDICAL INC., a Pennsylvania corporation; AESCULAP, INC., a California corporation; and DOES 1-50, inclusive<br><br>          Defendants. | Case No. 3:24-cv-00356-L-BGS<br><br>**JOINT MOTION AND STIPULATION TO AMEND AND REQUESTING VOLUNTARY DISMISSAL OF DEFENDANT AESCULAP, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge: Hon. Bernard G. Skomal<br><br>Complaint Filed: December 27, 2023<br>Action Removed: February 22, 2024 |

JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

1  Plaintiff JOSEPH NAUMANN ("Plaintiff") and Defendants CENTRAL
2  ADMIXTURE PHARMACY SERVICES, INC., B. BRAUN MEDICAL INC., and
3  AESCULAP, INC. ("Defendants") (collectively, the "Parties"), by and through their
4  respective counsel of record hereby stipulate as follows:

5  WHEREAS, Plaintiff filed this action as a class action complaint on December
6  27, 2023 in San Diego County Superior Court, Case No. 37-2023-00055835-CU-OE-
7  CTL.

8  WHEREAS, Defendant removed the action to this Court on February 22, 2024.

9  WHEREAS, the Parties are currently engaged in ongoing meet and confer
10 efforts related to whether federal jurisdiction is proper.

11 WHEREAS, after filing the action and meeting and conferring with Defendants
12 regarding the identify of Plaintiff's employer, Plaintiff's counsel learned that
13 Defendant AESCULAP, INC., a California corporation ("Defendant Aesculap") may
14 have been improperly named.

15 WHEREAS, Plaintiff reserved the right to name Defendant Aesculap as a
16 defendant in this action at a later date if it is discovered to be necessary.

17 WHEREAS, for the foregoing reasons, the Parties stipulate to the dismissal of
18 Defendant Aesculap from the action, without prejudice. Defendants have not offered,
19 and Plaintiff has not received, any consideration whatsoever, direct or indirect, for the
20 requested dismissal, *without* prejudice, of Defendant Aesculap. At this time, the class
21 action has not been certified. Similarly, no notice of the class action has been provided
22 to the class members. A dismissal of Defendant Aesculap without notice to the
23 putative class members is warranted here because the class allegations will be pursued
24 only against the proper Defendants.

25 WHEREAS, the Parties have further engaged in ongoing meet and confer
26 efforts related to Defendant's Fed. R. Civ. P. 12(b)(6) motion and the allegations
27 contained in Plaintiff's operative complaint.

28

-2-

1  WHEREAS, as a result of the foregoing meet and confer efforts, Plaintiff has
2  agreed to remove allegations related to Cal. Lab. Code § 204 and allegations related
3  to Cal. Lab. Code § 246 to the extent said allegations relate to anything other than to
4  support Cal. Lab. Code § 203 violations.
5  WHEREAS, Plaintiff seeks leave and Defendants stipulate to the filing of a
6  First Amended Complaint, a copy of which is attached hereto as <u>Exhibit #1</u>.
7  WHEREAS, Defendant has reserved its rights to file a Rule 12(b)(6) motion to
8  challenge the claims in the First Amended Complaint.

28  / / /

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving the Stipulation:

1. Plaintiff may have leave to file the First Amended Complaint.
2. Defendant Aesculap, Inc., named in the operative complaint, is hereby dismissed, without prejudice.
3. Defendant shall have thirty (30) days after the date that the Court approves of this stipulation to file a response to the First Amended Complaint.

Dated: March 15, 2024

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By  */s/ Michael J. Nader*
MICHAEL J. NADER
PAUL M. SMITH
Attorneys for Defendants

Dated: March 15, 2024

**JCL LAW FIRM, APC**

By  */s/ Jean-Claude Lapuyade*
JEAN-CLAUDE LAPUYADE
Attorney for Plaintiff Joseph Naumann

**ZAKAY LAW GROUP, APLC**

By  */s/ Shani O. Zakay*
SHANI O. ZAKAY
Attorney for Plaintiff Joseph Naumann

**SIGNATURE OF CERTIFICATION**

I hereby certify that the contents of this document is acceptable to counsel for Defendant, and that I have obtained all necessary authorization to affix Defendant's counsel's electronic signature to the document.

Dated: March 15, 2024

        **ZAKAY LAW GROUP, APLC**
        **JCL LAW FIRM, APC**
        */s/ Jean-Claude Lapuyade*
        Jean-Claude Lapuyade
        Shani Zakay
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2024.

        **JCL LAW FIRM, APC**

        By: */s/ Jean-Claude Lapuyade*
        Jean-Claude Lapuyade

        Attorney for Plaintiff